# PHILLIPS SPALLAS & ANGSTADT LLP

──────────────────── ATTORNEYS AT LAW ────────────────────

November 6, 2014

***SENT VIA CM/ECF***
Honorable Judge James C. Mahan
U.S. District Court – District of Nevada
400 S. Virginia Street
Reno, Nevada 89501

Re:   **Hernandez-Ceballos v. Wal-Mart Stores, Inc.**
Case No.:  2:14-cv-01776-JCM-GWF

Dear Judge Mahan:

Please allow this correspondence to advise Your Honor that the parties in this matter have recently reached settlement.  As such, the parties anticipate filing of closing documents shortly.

Please feel free to contact Ms. Stryker directly should Your Honor have any questions or concerns.

Very truly yours,
PHILLIPS, SPALLAS & ANGSTADT, LLC

Billi Montijo, Paralegal to
Breane P. Stryker, Esq.

cc:     Joseph A. Gutierrez, Esq., Counsel for Plaintiff
        Facsimile 702-629-7925

| SAN FRANCISCO | LAS VEGAS | LOS ANGELES | NAPA |
|---|---|---|---|
| 505 SANSOME STREET | 504 S. NINTH STREET | 1875 CENTURY PARK EAST | 1827 CLAY STREET |
| SIXTH FLOOR | LAS VEGAS, NV 89101 | SUITE 1050 | SUITE 101 |
| SAN FRANCISCO, CA 94111 | (702) 938-1510 | LOS ANGELES, CA 90067 | NAPA, CA 94558 |
| (415) 278-9400 | FAX: (702) 938-1511 | (310) 407-3017 | (707) 252-1505 |
| FAX: (415) 278-9411 | | FAX: (310) 772-0023 | FAX: (707) 252-1515 |

──────────────────── WWW.PSALAW.NET ────────────────────